BEFORE THE FIRST DIVISION, FEBRUARY 3, 1949

**No. 52866.**—Kittay & Blitz, Inc., et al. *v.* United States, protests 142763–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52867.**—American Ferment Co., Inc. *v.* United States, protest 137646–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52868.**—The Nippon Co. et al. *v.* United States, protests 563906–G, etc. (San Francisco).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the durikono passed upon in Abstract 52550, the claim of the plaintiffs was sustained.

**No. 52869.**—Pacific Customs Brokerage Co. *v.* United States, petitions 6629–R and 6647–R (Detroit).

Opinion by MOLLISON, J. The petitions were dismissed.

FEBRUARY 2, 1949

**No. 52870.**—SUIT 4592.—Marques Del Merito, Inc. *v.* United States.— —C. D. 1080 affirmed December 7, 1948. C. A. D. 394.